**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Jerome WARREN, Sr., Defendant–Appellant.**

No. 01–7935.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2002.

Decided Feb. 4, 2002.

Robert Jerome Warren, Sr., Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Jerome Warren, Sr., seeks to appeal the district court's order denying

his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Warren,* Nos. CR–95–147; CA–97–956–3 (S.D.W.Va. Oct. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dismissed by unpublished PER CURIAM opinion.